# United States District Court
# For The Western District of North Carolina
# Statesville Division

RAUL NIETO-NUNEZ,

    Plaintiff(s),               JUDGMENT IN A CIVIL CASE

vs.                                    CASE NO. 5:09CV103-2-V

UNITED STATES OF AMERICA,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 19, 2009, Order.

                                      Signed: October 20, 2009

                                      Frank G. Johns, Clerk
                                      United States District Court